1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

JAMEY PERRY,

13

Plaintiff,

14

vs.

15

16

17

JULIE ANN CROSS; LAJUANA
CROSS; and DOES 1-10,

18

Defendants.

19

Case No. 5:20-cv-02237-DSF-AS

ORDER CONTINUING
SCHEDULING CONFERENCE

20

21

22

23

24

25

26

27

28

ORDER - 1

1

2

3

   Upon considering the Parties' Joint Motion to Continue Scheduling Conference IT IS HEREBY ORDERED THAT Scheduling Conference shall be continued to August 23, 2021.

4

   IT IS SO ORDERED.

5

 DATED:  July 1, 2021

6

              Honorable Dale S. Fischer

7

              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28